UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Case No. 19-42825-399 |
| | ) Chapter 13    Mtn. 34 |
| **Mark Peter Spies** | ) |
| | ) Motion for Relief from the Automatic |
| | ) Stay |
| Debtor, | ) |
| | ) Motion Waives 30 Day Hearing |
| | ) |
| | ) Hearing Date: November 6, 2019 |
| **US Bank Trust National Association, as** | ) Hearing Time: 10:30 a.m. |
| **Trustee of Bungalow Series F Trust** | ) Hearing Location: 5 North Courtroom |
| | ) of the United States Bankruptcy Court |
| Movant. | ) for the Eastern District of Missouri |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

COMES NOW US Bank Trust National Association, as Trustee of Bungalow Series F Trust, its subsidiaries, affiliates, predecessors in interest, successors, and assigns ("Movant"), by and through counsel, on its Motion for Relief from Automatic Stay (Document #34) on the following described property:

**LOT 29 IN BLOCK 5 OF MCDERMOTT AND HAYDEN`S HILDESHEIM, AND IN BLOCK 5339 OF THE CITY OF ST. LOUIS, FRONTING 30 FEET ON THE SOUTH LINE OF BLOW TREE, BY A DEPTH SOUTHWARDLY OF 110 FEET TO AN ALLEY.**

The above described property is also known as 4958 Blow Street, Saint Louis, Missouri 63109 ("Property").

**IT IS ORDERED** that Movant its subsidiaries, affiliates, predecessors in interest, successors, and assigns are hereby granted relief from the automatic stay on the above-described Property and that Movant, and its successors and assigns, may exercise any and all rights provided under non-bankruptcy law including to immediately foreclose its security interest in Debtors' real estate as referenced above pursuant to the terms and provisions of its deed of trust and in accordance with the laws of Missouri, and for such purposes the stay of 11 U.S.C. Section 362 is hereby terminated.  The recoverability of any applicable fees and costs associated with this motion shall be determined with the underlying agreement and non-bankruptcy law.

**IT IS FURTHER ORDERED** that The Chapter 13 Trustee is directed to discontinue payment on all claims secured by the property against which relief from the automatic stay is granted in this Order. The Trustee is directed to resume payment on such claims on notification pursuant to L.B.R. 3021-1A.

**IT IS FURTHER ORDERED** that this Court finds that Rule 4001(a)(3) is waived or inapplicable and that the Movant shall be allowed to immediately pursue its above referenced remedies.

**IT IS FURTHER ORDERED** that Movant its subsidiaries, affiliates, predecessors in interest, successors, and assigns are hereby authorized to, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout and to contact the Debtors via telephone or written correspondences to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

DATED: November 5, 2019
St. Louis, Missouri
trul

Barry S. Schermer
United States Bankruptcy Judge

Prepared and submitted by:

MARINOSCI LAW GROUP, P.C.

/s/David V. Noyce_____
David V. Noyce #56116MO
11111 Nall Avenue, Suite 104
Leawood, KS 66211
dnoyce@mlg-defaultlaw.com
Phone: (913) 800-2021
Fax: (913) 257-5223
ATTORNEY FOR MOVANT

*copies to:*

Mark Peter Spies
4958 Blow St
Saint Louis, MO 63109
Debtor

2

Jack Justin Adams
Sean C. Paul
The Law Offices of Sean C. Paul, PC
8122 Gravois Rd
St. Louis, MO 63123
Attorney for Debtor

Diana S. Daugherty
PO Box 430908
St. Louis, MO 63143
Bankruptcy Trustee

Office of the U.S. Trustee
111 S. Tenth Street, Suite 6353
St. Louis, MO 63102